1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10                            **WESTERN DIVISION**

11

12   CYNTHIA CURRY,                    )      No. CV 09-4415 CW
                                       )
13                 Plaintiff,          )      JUDGMENT
                    v.                 )
14                                     )
     MICHAEL J. ASTRUE,                )
15   Commissioner, Social Security     )
     Administration,                   )
16                                     )
                   Defendant.          )
17   _____ )

18

19        **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20   and this action is dismissed with prejudice.

21

22   DATED: October 26, 2010

23

24                                    _____
                                            CARLA M. WOEHRLE
25                                    United States Magistrate Judge

26

27

28